In the Matter of the Claim of ELI GERMAIN, Appellant, against STANDARD LIGHTING FIXTURE Co., INC., and ÆTNA LIFE INSURANCE COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.—The State Industrial Board has determined as a question of fact that claimant was an independent contractor. There is evidence to sustain the finding. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.